**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| Claudio T. Smarrelli,<br>Louise P. Smarrelli, | CASE NO. 19-12665 BLS |
| Debtors<br>_____/ | |

**AFFIDAVIT OF DEFAULT WITH NOTICE**
**THAT AUTOMATIC STAY IS LIFTED AND THAT MOVANT INTENDS TO**
**FORECLOSE ON 27 SUSSEX DR, LEWES, DE 19958**

Please take notice that the debtors, Claudio T. Smarrelli and Louise P. Smarelli have failed to comply with the terms of the Order of this Court dated September 22, 2020. The debtors have failed to pay the post-petition payments for the months of February 1, 2021 through May 1, 2021. The total amount to cure this default is:

| Number of Payments | From | To | Payment Amount | Total Amounts Delinquent |
|---|---|---|---|---|
| 1 | 3/1/2021 | 3/1/2021 | $1,410.27 | $1,410.27 |
| 2 | 4/1/2021 | 5/1/2021 | $2,161.78 | $4,323.56 |
| Less Suspense Balance | | | | ($1,267.02) |
| Attorney's Fees | | | | $100.00 |
| **TOTAL DUE TO CURE** | | | | **$4,566.81** |

Payment in full to cure the default was due to the Movant by no later than the close of business on May 17, 2021. Notice of Noncompliance was mailed to the debtor on May 7, 2021 and notice was given to counsel of record and filed with the Court electronically on May 7, 2021, with no cure having been made within the ten (10) day cure period. Pursuant to paragraph 14 of the Stipulation Order, the Automatic Stay is to be immediately lifted upon the filing of this

Affidavit of Default and Termination of Stay
File #:   20-06069

Affidavit. Notice is hereby given that the Movant intends to initiate foreclosure proceedings on the real property and improvements thereon known as 27 Sussex Dr, Lewes, DE 19958.

Dated: June 3, 2021

Respectfully submitted,

_/s/ Christina J. Pross_
Christina J. Pross, Esq. (Bar No. 5376)
Marinosci Law Group, PC
824 N. Market Street, Ste. 901
Wilmington, DE 19801
Ph:    302-691-9981
cpross@mlg-defaultlaw.com
Attorney for Movant

## Certification of Service

I HEREBY CERTIFY that copies of the foregoing Affidavit of Default were mailed by first class mail, postage pre-paid (or electronically), this 3rd day of June, 2021, to the following parties:

Claudio T. Smarrelli
27 Sussex Dr
Lewes, DE 19958

Louise P. Smarrelli
27 Sussex Dr
Lewes, DE 19958
*Debtors*

William F. Jaworski, Jr.
Law Office of William F. Jaworski
1274 S. Governors Ave.
Dover, DE 19904
*Attorney for Debtors*

Michael B. Joseph, Esquire
824 Market Street
PO Box 1351
Wilmington, DE 19899
*Chapter 13 Trustee*

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899
*US. Trustee*

Respectfully submitted,

 /s/  Christina J. Pross
Christina J. Pross, Esq.